FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 07 2020

JAMES W. McCORMACK, CLERK
By: _____ Kg
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**BEVERLY BURKETT**                                                    **PLAINTIFF**

v.                        **CASE NO. 5:17-CV-00310-BSM**

**DEPARTMENT OF AGRICULTURE**                                   **DEFENDANT**

## VERDICT FORM

I.    Race discrimination claim for termination

A.    On Beverly Burkett's race discrimination claim, for being terminated, as submitted in Instruction 8, we find in favor of:

_____***USDA***_____
Plaintiff Beverly Burkett        or        Defendant USDA

If you found in favor of Burkett on A, proceed to B. If you found in favor of the USDA on A, proceed to II.

B.    Has it been proved that the USDA would have discharged Beverly Burkett regardless of her race?

_____ Yes            _____ No

If you answered no to B, then proceed to C. If you answered yes to B, proceed to II.

C.    We find Beverly Burkett's lost wages and benefits through the date of this verdict, as a result of her termination, to be:

$ _____ (stating the amount or, if none, write the word "none")

We find Beverly Burkett's other damages, excluding lost wages and benefits, as a result of her termination, to be:

$_____ (stating the amount or, if you find that Burkett's damages do not have a monetary value, write in the nominal amount of One Dollar ($1.00).

    II.     Retaliation claim for termination

    A.     On Beverly Burkett's claim of retaliation, for being terminated, as submitted in Instruction 10, we find in favor of:

_____*USDA*_____
Plaintiff Beverly Burkett      or      Defendant USDA

If you found for Burkett on A, then proceed to B. If you found for the USDA, you have completed your service. Have the foreperson sign and date the verdict form and notify the Court Security Officer that you have reached a verdict.

    B.     We find Beverly Burkett's lost wages and benefits through the date of this verdict to be:

$ _____ (stating the amount or, if non, write the word "none")

We find Beverly Burkett's other damages, excluding lost wages and benefits, to be:

$ _____ (stating the amount or, if you find that the plaintiff's damages do not have a monetary value, write in the nominal amount of One Dollar ($1.00).

*Gregory Sketas*
Foreperson

Dated: *10-7-20*

3