# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**BEVERLY BURKETT**                                                                                   **PLAINTIFF**

**v.**                          **CASE NO: 5:17-00310 BSM**

**DEPARTMENT OF AGRICULTURE**                                                       **DEFENDANT**

## JUDGMENT

Pursuant to the verdict returned by the jury on October 7, 2020, following three days of trial, judgment is entered in favor of defendant Department of Agriculture and against plaintiff Beverly Burkett, on all claims, and the complaint [Doc. No. 3] is dismissed with prejudice.

IT IS SO ORDERED this 9th day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE